Dear Mrs. Abel,

33,873-03,04

Please if its not too much of a request - could you send me the last ruling concerning my case 18-110 AAA - the last writ I filed -

Thank you -

Dennick L. Griffin

428486

P.S. Was I sanctioned for writ abuse by the courts?

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk